UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Judy Waldron**,　　　　　　　　　　　　　　Bankruptcy Case No.: 10-80868

Soc. Sec. No. xxx-xx-6146
Mailing Address: 502 Gaither Ashley Road,　, Timberlake, NC 27583-

　　　　　　　　　　　　　　　Debtor.

**Judy Waldron**,

　　　　　　　　　　　Plaintiff,　A.P. No.:10-9069

**American General Finance,**
　　　　　　　　　　　Defendant.

### CERTIFICATE OF SERVICE

I, Renee Nolte, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on 8/17/2010, by:

Mail service: **Electronically or Regular, first class United States mail**, postage fully pre-paid, addressed to:

| | |
|---|---|
| Richard M. Hutson, II | Michael D. West |
| Chapter 13 Trustee | Bankruptcy Administrator |
| Post Office Box 3613 | Post Office Box 1828 |
| Durham, N C 27702 | Greensboro, NC 27402 |

American General Finance
**Attn: Managing Agent**
805 N Madison Boulevard
Roxboro, NC 27573-4639

and <u>also</u> by **certified mail, return receipt requested**, addressed to:

American General Finance
**Attn: Managing Agent**
805 N Madison Boulevard
Roxboro, NC 27573-4639

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 8/17/2010

　　　　　　　　　　　　　　　　　　　/s Renee Nolte
　　　　　　　　　　　　　　　　　　　Renee Nolte